**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CORDELL LEE MILLER,**                    Case No.:

       Plaintiff,

vs.

**UNITED STATES OF AMERICA,**

       Defendant.
_____/

## COMPLAINT

The Plaintiff, CORDELL LEE MILLER, hereby sues the Defendant, UNITED STATES OF AMERICA (hereinafter "U.S.A."), and alleges:

1. This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. This Court has jurisdiction under the Federal Tort Claims Act and the provisions of 28 U.S.C. §1346(b)(1) in that this is a claim against the Defendant, United States of America, for money damages, for injury caused by the negligent or wrongful acts or omissions of a employee of the United States Government while acting within the course and scope of his employment, under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff.

3. Jurisdiction founded upon the federal law is proper in that this action is premised upon federal causes of action under the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. § 2671, et. seq.

4.      Pursuant to the provisions of 28 U.S.C. §2675(a) and 28 U.S.C. §2401(b), the Plaintiff provided written notice, thru a Standard Form 95, to the appropriate federal agency within two years of his claim accruing, of his claim for money damages.  <u>See</u> Exhibit **"A."**

5.      In letters on February 23, 2021 (erroneously dated February 23, 2018) and June 5, 2021, the federal agency acknowledged acceptance of the claim.  <u>See</u> composite Exhibit **"B."**

6.      A period of more than six months has transpired since the acceptance of the claim by the federal agency.  Accordingly, under 28 U.S.C. §2401(b), Plaintiff's tort claim against Defendant is timely.

7.      Venue is proper is this district pursuant to 28 U.S.C. §1402(b), as the Plaintiff resides in the jurisdiction and the act or omission complained of occurred in the jurisdiction, namely Orange County, Florida.

8.      On February 27, 2019, Lewis Gabriel Nimmons operated a motor vehicle owned by the United States Postal Service, an agency or subdivision of the U.S.A.

9.      On that date, Lewis Gabriel Nimmons operated the motor vehicle with the knowledge, authority, consent or permission of the United States Postal Service, an agency or subdivision of the U.S.A.

10.     At all times material hereto, Lewis Gabriel Nimmons was an agent, servant, or employee of the United States Postal Service, and was acting in the course and scope of his agency, service or employment with the United States Postal Service, an agency or subdivision of the U.S.A.

11. On February 27, 2019, Lewis Gabriel Nimmons, was operating the motor vehicle owned by the United States Postal Service on Hiawassee Road, at or near the intersection of Hennepin Boulevard in Orlando, Orange County, Florida.

12. On February 27, 2019, Plaintiff, Cordell Lee Miller, was operating a motor vehicle, owned by him, on Hiawassee Road at or near the intersection of Hennepin Boulevard in Orlando, Orange County, Florida.

13. At that time and place, Lewis Gabriel Nimmons, owed a duty to Plaintiff, Cordell Lee Miller, to operate the motor vehicle he was driving in a reasonably safe manner.

14. At that time and place, Lewis Gabriel Nimmons breached his duty by negligently and carelessly operating and/or maintaining the motor vehicle he was driving so as to collide with the rear of the motor vehicle the Plaintiff, Cordell Lee Miller, was operating.

15. The negligence of the Defendant's employee, Lewis Gabriel Nimmons, as described above, caused or contributed to the injuries and/or damages sustained by the Plaintiff.

16. As a direct result and cause of the negligence of the Defendant, the Plaintiff, Cordell Lee Miller, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, activation of a latent defect, aggravation of a previously existing condition, loss of capacity for the enjoyment of life, expense of medical and nursing care and treatment, lost wages and loss of ability to earn money.  These losses are either permanent or continuing, and Plaintiff will continue to suffer these losses in the future.

**WHEREFORE**, the Plaintiff, Cordell Lee Miller, demands judgment for damages, costs and, to the extent allowed by law, prejudgment interest against the Defendant, U.S.A.

Respectfully submitted this 23rd day of February 2022.

/s/ Joseph F. Scarpa, Jr.
Joseph F. Scarpa, Jr., Esq.
Florida Bar No.: 351880
DAN NEWLIN INJURY ATTORNEYS
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Tel: (407) 878-1670
Fax: (321) 251-2515
Joseph.Scarpa@newlinlaw.com
Tanya.Rivera@newlinlaw.com
Sharon.White@newlinlaw.com